

# NUMBER 13-18-00264-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## EX PARTE ERNESTO ALEMAN

---

### On appeal from the 103rd District Court
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Benavides
### Memorandum Opinion by Chief Justice Valdez

Appellant, the Texas Department of Public Safety, perfected an appeal from a judgment entered by the 103rd District Court of Cameron County, Texas, in trial court cause number 2017-DCL-7034. Appellant has filed an unopposed motion to withdraw its notice of appeal and requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is

hereby DISMISSED. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


**/s/ Rogelio Valdez**
ROGELIO VALDEZ
Chief Justice


Delivered and filed this
26th day of July, 2018.